UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER BARKER-HOMEK,

    Plaintiff,

v.

                         Case No. 10-13448

ABU DHABI NATIONAL ENERGY         Hon. John Corbett O'Meara
COMPANY PJSC aka TAQA, a corporation;
TAQA NEW WORLD, INC., a Delaware
corporation; CARL SHELDON, an
individual, and DOE DEFENDANTS
1-50 inclusive,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S
## OBJECTION TO TAXED BILL OF COSTS

    Before the court is Plaintiff's objection to the bill of costs taxed by the Clerk on October 31, 2011. Defendants requested $23,867.83 in costs, of which the Clerk taxed $12,194 against Plaintiff. Plaintiff objects to the amount of airfare requested to bring witness Srinivasan Gopalakrishnan from Abu Dhabi to Detroit for the evidentiary hearing on June 22-23, 2011. Defendants purchased the ticket five days before Mr. Gopalakrishnan's flight at a cost of $4,927.16. Defendants purchased first-class airfare for their expert witness, Essam Al Tamimi, at a cost of $11,952.35. The Clerk declined to tax this amount, and instead estimated the cost of an economy airfare from Dubai to Detroit at $2,675.69. As the parties are undoubtably aware, airfare varies based upon an advance purchase, date of travel, and length of stay, among other variables. Based upon the court's research, however, it appears that a typical economy flight from Detroit to Abu Dhabi is in the range of $2,000 - $3,000. The court will tax airfare for Mr.

Gopalakrishnan in the amount of $2,500.  The Clerk's Taxed Bill of Costs is amended accordingly.

    SO ORDERED.

s/John Corbett O'Meara<br>United States District Judge

Date:  November 23, 2011

    I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, November 23, 2011, using the ECF system.

s/William Barkholz<br>Case Manager