UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER BARKER-HOMEK,

                Plaintiff,

vs.

ABU DHABI NATIONAL ENERGY
COMPANY PJSC aka TAQA, a
Corporation; TAQA NEW WORLD,
INC., a Delaware corporation; CARL
SHELDON, an individual; and DOE
DEFENDANTS 1-50, inclusive,

                Defendants.

Case No. 5:10-CV-13448-JCO-VMM

Judge John Corbett O'Meara
Magistrate Judge Virginia M. Morgan

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and through their undersigned counsel, Plaintiff Peter Barker-Homek and Defendants Abu Dhabi National Energy Company PJSC, aka TAQA, TAQA New World, Inc., and Carl Sheldon, all of the named parties in the above-entitled action, stipulate and agree that this action shall be voluntarily dismissed with prejudice, each of the parties to bear his or its own fees and costs. It is further stipulated and agreed that this joint stipulation of voluntary dismissal may be filed with this Court by any party at any time.

Dated:  July 27, 2012

_____
Daniel D. Swanson (P29288)
Sommers Schwarz, P.C.
2000 Town Center, Suite 900
Southfield, MI  48075
Tel:     (248) 746-4046
Fax:     (248) 936-2172
dswanson@sommerspc.com

Louis R. Miller
Alexander Sasha Frid
J. Mira Hashmall
Miller Barondess, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA  90067
Tel:     (310) 552-4400
Fax:     (310) 552-8400
smiller@millerbarondess.com
sfrid@millerbarondess.com
mhashmall@millerbarondess.com

*Attorneys for Plaintiff*
*Peter Barker-Homek*

Dated:  July 19, 2012

_____
John F. Birmingham, Jr. (P47150)
Adam J. Wienner(P71768)
Foley & Lardner LLP
One Detroit Center
500 Woodward Avenue
Suite 2700
Detroit, MI  48226
Tel:     (313) 234-7100
Fax:     (313) 234-2800
jbirmingham@foley.com
awienner@foley.com

David Dunn
Hogan Lovells US LLP
875 Third Avenue
New York, NY  10022
Tel:     (212) 918-3000
Fax:     (212) 918-3100
david.dunn@hoganlovells.com

*Attorneys for Defendants TAQA*
*and TAQA New World, Inc.*

Dated:  July 19 , 2012


John F. Birmingham, Jr. (P47150)
Adam J. Wienner(P71768)
Foley & Lardner LLP
One Detroit Center
500 Woodward Avenue
Suite 2700
Detroit, MI  48226
Tel:     (313) 234-7100
Fax:    (313) 234-2800
jbirmingham@foley.com
awienner@foley.com

Stephen P. Anthony
Covington & Burling LLP
1201 Pennsylvania Ave., NW
Washington, DC 20004
Tel:     (202) 662-5105
Fax:    (202) 778-5105
santhony@cov.com

*Attorneys for Defendant Carl Sheldon*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER BARKER-HOMEK,

        Plaintiff,                   Hon. John Corbett O'Meara

vs.                                Case No. 5:10-cv-13448

ABU DHABI NATIONAL ENERGY
COMPANY PJSC aka TAQA, a
Corporation; TAQA NEW WORLD,
INC., a Delaware corporation; CARL
SHELDON, an individual; and DOE
DEFENDANTS 1-50, inclusive,

        Defendants.

---

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2013, I electronically filed the foregoing **Joint Stipulation of Voluntary Dismissal** using the ECF System, which will send notification of such filing to all attorneys of record.

                /s/ Adam J. Wienner
                Adam J. Wienner (P71768)
                awienner@foley.com
                **FOLEY & LARDNER LLP**
                500 Woodward Avenue, Suite 2700
                Detroit, Michigan 48226-3489
                (313) 234-7100 (Telephone)
                (313) 234-2800 (Facsimile)
                *Attorneys for Defendants*

Dated:  February 27, 2013